1 | JOHN T. MULLAN (SBN 221149)
E-mail jtm@rezlaw.com
2 | CHAYA M. MANDELBAUM (SBN 239084)
E-mail cmm@rezlaw.com
3 | MEGHAN F. LOISEL (SBN 291400)
E-mail mfl@rezlaw.com
4 | **RUDY, EXELROD, ZIEFF & LOWE, L.L.P.**
351 California Street, Suite 700
5 | San Francisco, CA 94104
T:     (415) 434-9800 / F:     (415) 434-0513
6 |
7 | JAMES M. FINBERG (SBN 114850)
E-mail jfinberg@altshulerberzon.com
8 | EILEEN B. GOLDSMITH (SBN 218029)
E-mail egoldsmith@altshulerberzon.com
9 | MEREDITH A. JOHNSON (SBN 291018)
E-mail mjohnson@altshulerberzon.com
10 | **ALTSHULER BERZON LLP**
177 Post Street, Suite 300
11 | San Francisco, CA 94108
T:     (415) 421-7151 / F:     (415) 362-8064
12 | *Attorneys for Plaintiff, DAVID MCDONALD,*
*on behalf of himself and all others similarly situated*

*Attorneys for Defendants listed on following page,*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID MCDONALD, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CP OPCO, LLC, dba CLASSIC PARTY RENTALS; APOLLO GLOBAL MANAGEMENT, LLC; INSPERITY PEO SERVICES, L.P.; and DOES 1-20,<br><br>Defendants. | Case No: 4:17-cv-04915-HSG<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>Complaint Filed:     8-24-2017<br>Trial Date:     None Set |

BORIS SORSHER, SBN 251718
E-Mail  bsorsher@fisherphillips.com
CHRISTOPHER M. AHEARN, SBN 239089
E-Mail  cahearn@fisherphillips.com
**FISHER & PHILLIPS LLP**
2050 Main Street, Suite 1000
Irvine, California 92614
Telephone: (949) 851-2424
Facsimile: (949) 851-0152

*Attorneys for Defendant INSPERITY PEO SERVICES, L.P.*

ANDREW J. EHRLICH
aehrlich@paulweiss.com
GREGORY F. LAUFER
glaufer@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000

*Attorneys for Defendant, APOLLO GLOBAL MANAGEMENT, LLC*

Plaintiff DAVID MCDONALD and Defendants INSPERITY PEO SERVICES, L.P.(hereinafter, "Insperity") and APOLLO GLOBAL MANAGEMENT, LLC (hereinafter, "Apollo") (hereinafter collectively, the "Parties") hereby stipulate as follows:

WHEREAS, this putative class action was initiated on August 24, 2017, when Plaintiff filed the Class Action Complaint;

WHEREAS, the case was assigned to the Honorable Sallie Kim;

WHEREAS, Plaintiff filed the First Amended Complaint on September 14, 2017;

WHEREAS, Defendant Insperity filed its Answer to the First Amended Complaint on October 10, 2017;

WHEREAS, Defendant CP OpCo, LLC, doing business as Classic Party Rentals failed to respond to the First Amended Complaint, and default was entered as to Defendant CP OpCo, LLC, doing business as Classic Party Rentals on October 23, 2017;

WHEREAS, pursuant to Rule 12(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Apollo originally had until October 10, 2017 to file a response to the First Amended Complaint;

WHEREAS, the Parties previously stipulated on October 10, 2017 that Apollo would have an additional twenty (20) days to respond to the Complaint, until October 30, 2017;

WHEREAS, the Parties subsequently stipulated that Apollo would have an additional three (3) weeks in which to respond to the Complaint, until November 20, 2017, because it was Apollo's position that the three additional weeks were necessary in order to provide Apollo with sufficient time to provide additional information to Plaintiff in connection with Plaintiff's claims; and

WHEREAS, Apollo has now provided Plaintiff with additional information;

NOW THEREFORE, the parties hereby stipulate and agree that:

(a) Plaintiff should have leave to file a Second Amended Complaint in this lawsuit for purposes of adding additional parties. There are no other changes to the complaint. A copy of the proposed Second Amended Complaint is attached hereto as Exhibit A.

(b) Neither Apollo nor Insperity nor any of their affiliates shall be deemed to have waived any rights, remedies or defenses (including without limitation the right to

object to the inclusion of any party as a defendant in this lawsuit) as a result of having (i) provided additional information to Plaintiff in connection with Plaintiff's claims or (ii) agreed that Plaintiff should have leave to file a Second Amended Complaint in this lawsuit.

(c) Apollo and any parties added as defendants in the Second Amended Complaint will have an additional thirty (30) days to respond to the complaint.

Dated: November 20, 2017

Respectfully submitted,

RUDY, EXELROD, ZIEFF & LOWE, L.L.P.

By: */s/ John T. Mullan*
JOHN T. MULLAN
CHAYA MANDELBAUM
MEGHAN F. LOISEL

ALTSHULER BERZON
JAMES M. FINBERG
EILEEN B. GOLDSMITH
MEREDITH A. JOHNSON
Attorneys for Plaintiff
DAVID MCDONALD, on behalf of himself and all others similarly situated

Dated: November 20, 2017

Respectfully submitted,

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: */s/ Gregory F. Laufer*
ANDREW J. EHRLICH (appearing *pro hac vice*)
GREGORY F. LAUFER (appearing *pro hac vice*)
Attorneys for Defendant
APOLLO GLOBAL MANAGEMENT, LLC

Dated: November 20, 2017

Respectfully submitted,

FISHER & PHILLIPS LLP

By: */s/ Christopher M. Ahearn*
BORIS SORSHER
CHRISTOPHER M. AHEARN
Attorneys for Defendant
INSPERITY PEO SERVICES, L.P.

## Attestation of Consent to File

Pursuant to Rule 5-1(i)(3) of the local rules of this Court, I, John T. Mullan, hereby attest that I obtained concurrence in the filing of this document from each of the other signatories listed above.

By: */s/ John T. Mullan*

# ORDER

Plaintiff is hereby granted leave to file a Second Amended Complaint in this lawsuit for purposes of adding Apollo Centre Street Partnership, L.P.; Apollo Franklin Partnership, L.P.; Apollo Credit Opportunity Fund III AIV I, LP; Apollo SK Strategic Investments, L.P.; Apollo Special Opportunities Managed Account, L.P.; and Apollo Zeus Strategic Investments, L.P. as Defendants in this matter.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: November 27, 2017

*/s/ Haywood S. Gilliam, Jr.*
Honorable Haywood S. Gilliam, Jr.
United States District Judge