JOHN T. MULLAN (SBN 221149)
E-mail jtm@rezlaw.com
CHAYA M. MANDELBAUM (SBN 239084)
E-mail cmm@rezlaw.com
MEGHAN F. LOISEL (SBN 291400)
E-mail mfl@rezlaw.com
**RUDY, EXELROD, ZIEFF & LOWE, L.L.P.**
351 California Street, Suite 700
San Francisco, CA 94104
T:      (415) 434-9800 / F:      (415) 434-0513

JAMES M. FINBERG (SBN 114850)
E-mail jfinberg@altshulerberzon.com
EILEEN B. GOLDSMITH (SBN 218029)
E-mail egoldsmith@altshulerberzon.com
MEREDITH A. JOHNSON (SBN 291018)
E-mail mjohnson@altshulerberzon.com
**ALTSHULER BERZON LLP**
177 Post Street, Suite 300
San Francisco, CA 94108
T:      (415) 421-7151 / F:      (415) 362-8064
*Attorneys for Plaintiff, DAVID MCDONALD,*
*        on behalf of himself and all others similarly situated*

*Attorneys for Defendants on following page.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| DAVID MCDONALD, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CP OPCO, LLC, dba CLASSIC PARTY RENTALS; INSPERITY PEO SERVICES, L.P; APOLLO GLOBAL MANAGEMENT, LLC; APOLLO CENTRE STREET PARTNERSHIP, L.P.; APOLLO FRANKLIN PARTNERSHIP, L.P.; APOLLO CREDIT OPPORTUNITY FUND III AIV I LP; APOLLO SK STRATEGIC INVESTMENTS, L.P.; APOLLO SPECIAL OPPORTUNITIES MANAGED ACCOUNT, L.P.; APOLLO ZEUS STRATEGIC INVESTMENTS, L.P.; and DOES 1-20,<br><br>Defendants. | Case No: 4:17-cv-04915-HSG<br><br>**STIPULATION AND [PROPOSED] ORDER RE RESCHEDULING OF CASE MANAGEMENT CONFERENCE**<br><br>Complaint Filed:      8-24-2017<br>Trial Date:               None Set |

MARK JACOBS, SBN 208945
E-Mail mjacobs@fisherphillips.com
CHRISTOPHER M. AHEARN, SBN 239089
E-Mail cahearn@fisherphilips.com
**FISHER & PHILLIPS LLP**
2050 Main Street, Suite 1000
Irvine, California 92614
Telephone: (949) 851-2424
Facsimile: (949) 851-0152

*Attorneys for Defendant INSPERITY PEO SERVICES, L.P.*


ANDREW J. EHRLICH
aehrlich@paulweiss.com
GREGORY F. LAUFER
glaufer@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000

MICHELLE C. DOOLIN (179445)
mdoolin@cooley.com
SUMMER J. WYNN (240005)
swynn@cooley.com
**COOLEY LLP**
4401 Eastgate Mall
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

*Attorneys for Defendants,*
*APOLLO GLOBAL MANAGEMENT LLC*
*APOLLO CENTRE STREET PARTNERSHIP, L.P*
*APOLLO FRANKLIN PARTNERSHIP, L.P.*
*APOLLO CREDIT OPPORTUNITY FUND III AIV I LP*
*APOLLO SK STRATEGIC INVESTMENTS, L.P.*
*APOLLO SPECIAL OPPORTUNITIES MANAGED ACCOUNT, L.P.*
*APOLLO ZEUS STRATEGIC INVESTMENTS, L.P.*

1    Plaintiff DAVID MCDONALD and Defendants APOLLO GLOBAL MANAGEMENT,

2  LLC; APOLLO CENTRE STREET PARTNERSHIP, L.P.; APOLLO FRANKLIN

3  PARTNERSHIP, L.P.; APOLLO CREDIT OPPORTUNITY FUND III AIV I LP; APOLLO SK

4  STRATEGIC INVESTMENTS, L.P.; APOLLO SPECIAL OPPORTUNITIES MANAGED

5  ACCOUNT, L.P.; APOLLO ZEUS STRATEGIC INVESTMENTS, L.P. (hereinafter

6  collectively "Apollo"); and INSPERITY PEO SERVICES, L.P (hereinafter collectively, the

7  "Parties") hereby stipulate as follows, pursuant to Rule 6-2 of the Local Rules of this Court.

8

9    WHEREAS, on November 27, 2017, the date for the initial case management conference

10  was set for Tuesday, December 19, 2017;

11    WHEREAS, counsel for Apollo have a previously scheduled federal court appearance in

12  Nevada on December 19, 2017;

13    WHEREAS, the Parties agree to reschedule the initial case management conference for

14  Tuesday, January 9, 2018;

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

STIPULATION AND [PROPOSED] ORDER RE RESCHEDULING OF INITIAL CASE MANAGEMENT CONFERENCE
Doc#: US1:11743293v1

1    NOW THEREFORE, the Parties stipulate that the initial case management conference

2 should be rescheduled from Tuesday December 19, 2017 to Tuesday, January 9, 2018.

3    **IT IS SO STIPULATED**.

4 Dated: 12/11/2017                    Respectfully submitted,
                                       RUDY, EXELROD, ZIEFF & LOWE, L.L.P.
5
                                       By:   /s/ John Mullan
6                                            JOHN T. MULLAN
                                             CHAYA MANDELBAUM
7                                            MEGHAN F. LOISEL

8                                            ALTSHULER BERZON
                                             JAMES M. FINBERG
9                                            EILEEN B. GOLDSMITH
                                             MEREDITH A. JOHNSON
10
                                       Attorneys for Plaintiff
11                                     DAVID MCDONALD, on behalf of himself and all others
                                       similarly situated
12

13
   Dated: 12/11/2017                    Respectfully submitted,
14                                      PAUL, WEISS, RIFKIND, WHARTON & GARRISON
                                          LLP
15
                                        By:    /s/ Gregory Laufer
16                                             ANDREW J. EHRLICH (*appearing pro hac vice*)
                                               GREGORY F. LAUFER (*appearing pro hac vice*)
17
                                               COOLEY LLP
18                                             MICHELLE C. DOOLIN
                                               SUMMER J. WYNN
19
                                        Attorneys for Defendants
20                                      APOLLO GLOBAL MANAGEMENT, LLC; APOLLO
                                        CENTRE STREET PARTNERSHIP, L.P; APOLO
21                                      FRANKLIN PARTNERSHIP, L.P.; APOLLO CREDIT
                                        OPPORTUNITY FUND III AIV I LP; APOLLO SK
22                                      STRATEGIC INVESTMENTS, L.P.; APOLLO SPECIAL
                                        OPPORTUNITIES MANAGED ACCOUNT, L.P.;
23                                      APOLLO ZEUS STRATEGIC INVESTMENTS, L.P.

24 Dated: 12/11/2017                    Respectfully submitted,
                                        FISHER & PHILLIPS LLP
25
                                        By:    /s/ Christopher Ahearn
26                                             MARK JACOBS
                                               CHRISTOPER M. AHEARN
27
                                        Attorneys for Defendant
28                                      INSPERITY PEO SERVICES, L.P.

<u>Attestation of Consent to File</u>

Pursuant to Rule 5-1(i)(3) of the local rules of this Court, I, Gregory Laufer,

hereby attest that I obtained concurrence in the filing of this document from each of the other

signatories listed above.

By:  /s/ Gregory Laufer

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____December 12_, 2017

Hon. Haywood S. Gilliam, Jr.

United States District Court Judge