| | |
|---|---|
| MARK J. JACOBS, SBN 208945<br>mjacobs@fisherphillips.com<br>CHRISTOPHER M. AHEARN, SBN 239089<br>cahearn@fisherphillips.com<br>**FISHER & PHILLIPS LLP**<br>2050 Main Street, Suite 1000<br>Irvine, California 92614<br>Telephone: (949) 851-2424<br>Facsimile: (949) 851-0152 | |

*Attorneys for Defendant, INSPERITY PEO SERVICES, L.P.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| DAVID MCDONALD, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CP OPCO, LLC, dba CLASSIC PARTY RENTALS; INSPERITY PEO SERVICES, L.P; APOLLO GLOBAL MANAGEMENT, LLC; APOLLO CENTRE STREET PARTNERSHIP, L.P.; APOLLO FRANKLIN PARTNERSHIP, L.P.; APOLLO CREDIT OPPORTUNITY FUND III AIV I LP; APOLLO SK STRATEGIC INVESTMENTS, L.P; APOLLO SPECIAL OPPORTUNIITIES MANAGED ACCOUNT, L,P.; APOLLO ZEUS STRATEGIC INVESTMENTS, L.P.; and DOES 1-20,<br><br>Defendants. | Case No: 4:17-cv-04915-HSG<br><br>**REQUEST AND ORDER FOR DEFENDANT INSPERITY PEO SERVICES, L.P.'S COUNSEL TO APPEAR TELEPHONICALLY AT THE JANUARY 9, 2018 CASE MANAGEMENT CONFERENCE**<br><br>**DATE: JANUARY 9, 2018**<br>**TIME: 2:00 P.M.**<br><br>Complaint Filed: 8-24-2017<br>Trial Date: None Set |

REQUEST AND ORDER FOR DEFENDANT'S COUNSEL TO APPEAR TELEPHONICALLY
FPDOCS 33551394.1

| | |
|---|---|
| 1 | Pursuant to Local Rule 16-10(a), Defendant INSPERITY PEO SERVICES, L.P. (hereinafter, "Defendant") requests that this Court grant permission to Christopher M. Ahearn of Fisher & Phillips, LLP, Defendant's counsel of record, to appear by telephone for the Case Management Conference scheduled for January 9, 2018 at 2:00 p.m. Christopher M. Ahearn has a trial starting January 16, 2018, and will be in Colorado the week prior preparing witnesses. |

Dated: December 18, 2017        FISHER & PHILLIPS LLP

By: /s/ Christopher M. Ahearn
MARK J. JACOBS
CHRISTOPHER M. AHEARN
Attorneys for Defendant
INSPERITY PEO SERVICES, L.P.

### ORDER

Defendant's request for Christopher M. Ahearn to appear by telephone for the Case Management Conference scheduled for January 9, 2018 at 2:00 p.m. is hereby GRANTED. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

**IT IS SO ORDERED:**

DATED: December 19, 2017

HON. HAYWOOD S. GILLIAM, JR.
U.S. DISTRICT COURT JUDGE