| | |
|---|---|
| 1 | JOHN T. MULLAN (SBN 221149)<br>E-mail jtm@rezlaw.com |
| 2 | CHAYA M. MANDELBAUM (SBN 239084)<br>E-mail cmm@rezlaw.com |
| 3 | MEGHAN F. LOISEL (SBN 291400)<br>E-mail mfl@rezlaw.com |
| 4 | **RUDY, EXELROD, ZIEFF & LOWE, L.L.P.**<br>351 California Street, Suite 700 |
| 5 | San Francisco, CA 94104<br>T:     (415) 434-9800 / F:     (415) 434-0513 |
| 6 | |
| 7 | JAMES M. FINBERG (SBN 114850)<br>E-mail jfinberg@altshulerberzon.com |
| 8 | EILEEN B. GOLDSMITH (SBN 218029)<br>E-mail egoldsmith@altshulerberzon.com |
| 9 | MEREDITH A. JOHNSON (SBN 291018)<br>E-mail mjohnson@altshulerberzon.com |
| 10 | **ALTSHULER BERZON LLP**<br>177 Post Street, Suite 300 |
| 11 | San Francisco, CA 94108<br>T:     (415) 421-7151 / F:     (415) 362-8064 |
| 12 | *Attorneys for Plaintiff, DAVID MCDONALD,*<br>*    on behalf of himself and all others similarly situated* |
| 13 | |
| 14 | *Attorneys for Defendants on following page.* |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| DAVID MCDONALD, on behalf of himself and all others similarly situated,<br><br>         Plaintiff,<br><br>     v.<br><br>CP OPCO, LLC, dba CLASSIC PARTY RENTALS; INSPERITY PEO SERVICES, L.P; APOLLO GLOBAL MANAGEMENT, LLC; APOLLO CENTRE STREET PARTNERSHIP, L.P.; APOLLO FRANKLIN PARTNERSHIP, L.P.; APOLLO CREDIT OPPORTUNITY FUND III AIV I LP; APOLLO SK STRATEGIC INVESTMENTS, L.P.; APOLLO SPECIAL OPPORTUNITIES MANAGED ACCOUNT, L.P.; APOLLO ZEUS STRATEGIC INVESTMENTS, L.P.; and DOES 1-20,<br><br>         Defendants. | Case No: 4:17-cv-04915-HSG<br><br>**STIPULATION AND ORDER RE EXTENSION OF TIME FOR APOLLO TO FILE ITS REPLY TO PLAINTIFF'S OPPOSITION**<br><br>Complaint Filed:     8-24-2017<br>Trial Date:               None Set |

| | |
|---|---|
| 1 | ANDREW J. EHRLICH |
| | aehrlich@paulweiss.com |
| 2 | GREGORY F. LAUFER |
| | glaufer@paulweiss.com |
| 3 | **PAUL, WEISS, RIFKIND, WHARTON &** |
| | **GARRISON LLP** |
| 4 | 1285 Avenue of the Americas |
| | New York, New York 10019-6064 |
| 5 | Telephone: (212) 373-3000 |
| 6 | MICHELLE C. DOOLIN (179445) |
| | mdoolin@cooley.com |
| 7 | SUMMER J. WYNN (240005) |
| | swynn@cooley.com |
| 8 | **COOLEY LLP** |
| | 4401 Eastgate Mall |
| 9 | Telephone: (858) 550-6000 |
| | Facsimile: (858) 550-6420 |
| 10 | |
| 11 | *Attorneys for Defendants,* |
| | *APOLLO GLOBAL MANAGEMENT LLC* |
| | *APOLLO CENTRE STREET PARTNERSHIP, L.P* |
| 12 | *APOLLO FRANKLIN PARTNERSHIP, L.P.* |
| | *APOLLO CREDIT OPPORTUNITY FUND III AIV I LP* |
| 13 | *APOLLO SK STRATEGIC INVESTMENTS, L.P.* |
| | *APOLLO SPECIAL OPPORTUNITIES MANAGED ACCOUNT, L.P.* |
| 14 | *APOLLO ZEUS STRATEGIC INVESTMENTS, L.P.* |

| | |
|---|---|
| 1 | Plaintiff DAVID MCDONALD (hereinafter "Plaintiff") and Defendants APOLLO |
| 2 | GLOBAL MANAGEMENT, LLC; APOLLO CENTRE STREET PARTNERSHIP, L.P.; |
| 3 | APOLLO FRANKLIN PARTNERSHIP, L.P.; APOLLO CREDIT OPPORTUNITY FUND III |
| 4 | AIV I LP; APOLLO SK STRATEGIC INVESTMENTS, L.P.; APOLLO SPECIAL |
| 5 | OPPORTUNITIES MANAGED ACCOUNT, L.P.; APOLLO ZEUS STRATEGIC |
| 6 | INVESTMENTS, L.P. (hereinafter collectively "Apollo" and with Plaintiff, the "Parties") hereby |
| 7 | stipulate as follows, pursuant to Rule 6-2 of the Local Rules of this Court. |
| 8 | |
| 9 | WHEREAS, on December 28, 2017, Apollo filed their Notice of Motion and Motion to |
| 10 | Dismiss the Second Amended Complaint; |
| 11 | WHEREAS, on January 11, 2018, Plaintiff filed his Opposition to Apollo's Motion to |
| 12 | Dismiss; |
| 13 | WHEREAS, Apollo is scheduled to file its Reply to Plaintiff's Opposition on January 18, |
| 14 | 2018; |
| 15 | WHEREAS, due to prior scheduling commitments for counsel of Apollo in other matters, |
| 16 | Apollo needs more time to address issues raised in Plaintiff's Opposition. |
| 17 | WHEREAS, the Parties agree to extend the time for Apollo to file its Reply to January |
| 18 | 31, 2018; |
| 19 | /// |
| 20 | /// |
| 21 | /// |
| 22 | /// |
| 23 | /// |
| 24 | /// |
| 25 | /// |
| 26 | /// |
| 27 | /// |
| 28 | /// |

NOW THEREFORE, the Parties stipulate that the Apollo's time to file its Reply to Plaintiff's Opposition should be extended from January 18, 2018 to January 31, 2018.

**IT IS SO STIPULATED**.

Dated: 1/17/2018

Respectfully submitted,
RUDY, EXELROD, ZIEFF & LOWE, L.L.P.

By: /s/ John Mullan
    JOHN T. MULLAN
    CHAYA MANDELBAUM
    MEGHAN F. LOISEL

    ALTSHULER BERZON
    JAMES M. FINBERG
    EILEEN B. GOLDSMITH
    MEREDITH A. JOHNSON

Attorneys for Plaintiff
DAVID MCDONALD, on behalf of himself and all others similarly situated

Dated: 1/17/2018

Respectfully submitted,
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: /s/ Gregory Laufer
    ANDREW J. EHRLICH (*appearing pro hac vice*)
    GREGORY F. LAUFER (*appearing pro hac vice*)

    COOLEY LLP
    MICHELLE C. DOOLIN
    SUMMER J. WYNN

Attorneys for Defendants
APOLLO GLOBAL MANAGEMENT, LLC; APOLLO CENTRE STREET PARTNERSHIP, L.P; APOLLO FRANKLIN PARTNERSHIP, L.P.; APOLLO CREDIT OPPORTUNITY FUND III AIV I LP; APOLLO SK STRATEGIC INVESTMENTS, L.P.; APOLLO SPECIAL OPPORTUNITIES MANAGED ACCOUNT, L.P.; APOLLO ZEUS STRATEGIC INVESTMENTS, L.P.

<u>Attestation of Consent to File</u>

Pursuant to Rule 5-1(i)(3) of the local rules of this Court, I, Gregory Laufer, hereby attest that I obtained concurrence in the filing of this document from each of the other signatories listed above.

By: /s/ Gregory Laufer

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: January 24, 2018

*Haywood S. Gilliam, Jr.*
Hon. Haywood S. Gilliam, Jr.
United States District Court Judge