| | |
|---|---|
| 1 | JOHN T. MULLAN (SBN 221149) |
| | E-mail jtm@rezlaw.com |
| 2 | MICHELLE G. LEE (SBN 266167) |
| | E-mail mgl@rezlaw.com |
| 3 | MEGHAN F. LOISEL (SBN 291400) |
| 4 | E-mail mfl@rezlaw.com |
| | **RUDY, EXELROD, ZIEFF & LOWE, LLP** |
| 5 | 351 California Street, Suite 700 |
| | San Francisco, CA 94104 |
| 6 | T: (415) 434-9800 / F: (415) 434-0513 |
| 7 | |
| | JAMES M. FINBERG (SBN 114850) |
| 8 | E-mail jfinberg@altshulerberzon.com |
| | EILEEN B. GOLDSMITH (SBN 218029) |
| 9 | E-mail egoldsmith@altshulerberzon.com |
| | MEREDITH A. JOHNSON (SBN 291018) |
| 10 | E-mail mjohnson@altshulerberzon.com |
| 11 | **ALTSHULER BERZON LLP** |
| | 177 Post Street, Suite 300 |
| 12 | San Francisco, CA 94108 |
| | T: (415) 421-7151 / F: (415) 362-8064 |
| 13 | |
| 14 | *Attorneys for Plaintiff, DAVID MCDONALD,* |
| | *on behalf of himself and all others similarly situated* |
| 15 | *Attorneys for Defendants on following page.* |

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| DAVID MCDONALD, on behalf of himself and all others similarly situated, | Case No. CV 4:17-cv-04915-HSG |
| Plaintiffs, | **REVISED STIPULATION RE CASE SCHEDULE, SELECTION OF ADR PROCESS, AND ORDER** |
| v. | |
| CP OPCO, LLC, dba CLASSIC PARTY RENTALS; INSPERITY PEO SERVICES, L.P; APOLLO GLOBAL MANAGEMENT, LLC; APOLLO CENTRE STREET PARTNERSHIP, L.P.; APOLLO FRANKLIN PARTNERSHIP, L.P.; APOLLO CREDIT OPPORTUNITY FUND III AIV I LP; APOLLO SK STRATEGIC INVESTMENTS, L.P.; APOLLO SPECIAL OPPORTUNITIES MANAGED ACCOUNT, L.P.; APOLLO ZEUS STRATEGIC INVESTMENTS, L.P.; and DOES 1-20, | Judge: Hon. Judge Haywood S. Gilliam, Jr. Second Amended Complaint: November 27, 2017 Trial Date: None Set |
| Defendants. / | |

| | |
|---|---|
| 1 | MARK JACOBS, SBN 208945 |
| | mjacobs@fisherphillips.com |
| 2 | CHRISTOPHER M. AHEARN, SBN 239089 |
| | cahearn@fisherphillips.com |
| 3 | **FISHER & PHILLIPS LLP** |
| | 2050 Main Street, Suite 1000 |
| 4 | Irvine, California 92614 |
| | Telephone: (949) 851-2424 |
| 5 | Facsimile: (949) 851-0152 |
| 6 | *Attorneys for Defendant INSPERITY PEO SERVICES, L.P.* |
| 7 | |
| 8 | MICHELLE C. DOOLIN (179445) |
| | mdoolin@cooley.com |
| | SUMMER J. WYNN (240005) |
| 9 | swynn@cooley.com |
| | **COOLEY LLP** |
| 10 | 4401 Eastgate Mall |
| | San Diego, CA 21010 |
| 11 | Telephone: (858) 550-6000 |
| | Facsimile: (858) 550-6420 |
| 12 | |
| 13 | ANDREW J. EHRLICH |
| | aehrlich@paulweiss.com |
| | GREGORY F. LAUFER |
| 14 | glaufer@paulweiss.com |
| | **PAUL, WEISS, RIFKIND, WHARTON &** |
| 15 | **GARRISON LLP** |
| | 1285 Avenue of the Americas |
| 16 | New York City, NY 10019-6064 |
| | Telephone: (212) 373-3000 |
| 17 | |
| | *Attorneys for Defendant, APOLLO GLOBAL MANAGEMENT, LLC* |
| 18 | |

STIPULATION RE CASE SCHEDULE, SELECTION OF ADR PROCESS, AND ORDER
CASE NO. CV 4:17-CV-04915-HSG

Plaintiff David McDonald ("Plaintiff") and Defendants Insperity PEO Services, L.P. ("Defendant Insperity"), Defendant Apollo Global Management, LLC ("AGM"), Defendant Apollo Centre Street Partnership, L.P.; Defendant Apollo Franklin Partnership, L.P.; Defendant Apollo Credit Opportunity Fund III AIV I LP; Defendant Apollo SK Strategic Investments, L.P.; Defendant Apollo Special Opportunities Managed Account, L.P.; and Defendant Apollo Zeus Strategic Investments, L.P. (collectively, along with AGM, "Apollo Defendants")[1] hereby submit this case schedule and stipulation regarding ADR, following an initial Case Management Conference before the Court held on January 9, 2018.

# I. MOTIONS

Apollo Defendants filed a motion to dismiss the Second Amended Complaint under FRCP 12(b)(6) (Dkt. No. 66). Plaintiff has filed an opposition to the motion (Dkt. No. 69). The hearing on the motion is set for April 5, 2018.

1. Plaintiff's Motions

Plaintiff intends to file a motion for class certification after conducting discovery regarding issues common to the class. Plaintiff reserves the right to file a motion for summary judgment or partial summary judgment at a later date. Plaintiffs will move for a default judgment against Defendant CP OpCo.

2. Defendants' Motions

The Apollo Defendants reserve the right to file a motion to dismiss any subsequent amended complaint filed by Plaintiff; a motion to dismiss any crossclaim or third-party claim; a motion for summary judgment; and any other appropriate motion.

Defendant Insperity reserves its right to file a motion pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, to dismiss Plaintiff's claims. Insperity anticipates filing a summary judgment motion.

---

[1] Defendant Insperity and the Apollo Defendants are referred to collectively as "Defendants." This excludes Defendant CP OpCo, which has not appeared in this action.

**II. SETTLEMENT AND ADR**

The Parties intend to mediate this case with Magistrate Judge Corley, depending upon her availability, and seek to schedule mediation in late April or in May 2018.

**III. SCHEDULING**

The parties propose the following schedule, subject to the Court's availability:

<u>Motion for Class Certification</u>

Opening brief filed by: August 30, 2018

Opposition brief: September 27, 2018

Reply brief: October 11, 2018

Hearing: October 25, 2018

<u>Close of Fact Discovery</u>

January 31, 2019

<u>Motions for Summary Judgment</u>

Opening brief(s) no later than: February 15, 2019

Opposition brief(s): March 15, 2019

Reply brief(s): March 29, 2019

Hearing: April 11, 2019

<u>Trial Dates</u>

Pre-trial Conference: June 10, 2019

Trial begins: June 24, 2019

///

///

///

///

///

| | | |
|---|---|---|
| 1 | Dated: January 17, 2018 | Respectfully submitted, |
| 2 | | RUDY, EXELROD, ZIEFF & LOWE, L.L.P.<br>ALTSHULER BERZON LLP |
| 3 | | |
| 4 | | By: */s/ John T. Mullan*<br>JOHN T. MULLAN |
| 5 | | MICHELLE G. LEE<br>MEGHAN F. LOISEL |
| 6 | | |
| 7 | | ALTSHULER BERZON<br>JAMES M. FINBERG<br>EILEEN B. GOLDSMITH |
| 8 | | MEREDITH A. JOHNSON |
| 9 | | Attorneys for Plaintiff<br>DAVID MCDONALD, on behalf of<br>himself and all others similarly situated |
| 10 | | |
| 11 | Dated: January 17, 2018 | Respectfully submitted, |
| 12 | | PAUL, WEISS, RIFKIND, WHARTON &<br>  GARRISON LLP |
| 13 | | COOLEY LLP |
| 14 | | |
| 15 | | By: */s/ Gregory F. Laufer*<br>ANDREW J. EHRLICH (appearing *pro hac vice*) |
| 16 | | GREGORY F. LAUFER (appearing *pro hac vice*) |
| 17 | | |
| 18 | | COOLEY LLP<br>MICHELLE C. DOOLIN |
| 19 | | SUMMER J. WYNN |
| 20 | | Attorneys for Defendant<br>APOLLO GLOBAL MANAGEMENT, |
| 21 | | LLC |
| 22 | Dated: January 17, 2018 | Respectfully submitted, |
| 23 | | FISHER & PHILLIPS LLP |
| 24 | | |
| 25 | | By: */s/ Christopher M. Ahearn* |
| 26 | | BORIS SORSHER<br>CHRISTOPHER M. AHEARN |
| 27 | | Attorneys for Defendant<br>INSPERITY PEO SERVICES, L.P. |
| 28 | | |

**ECF ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from each of the other signatories thereto.

Executed this 17th day of January 2018, at San Francisco, California.

                                          */s/ John T. Mullan*
                                          JOHN T. MULLAN

**CASE MANAGEMENT ORDER**

The above REVISED STIPULATION RE SCHEDULE, SELECTION OF ADR PROCESS & PROPOSED ORDER is approved and all parties shall comply with its provisions. The parties are referred to Magistrate Judge Corley for a settlement conference. IT IS SO ORDERED.

DATED: January 24, 2018

                                        HON. HAYWOOD S. GILLIAM, JR.
                                        DISTRICT COURT JUDGE