JOHN M. POLSON, SBN 157820
jpolson@fisherphillips.com
MARK J. JACOBS, SBN 208945
mjacobs@fisherphillips.com
CHRISTOPHER M. AHEARN, SBN 239089
cahearn@fisherphillips.com
LAUREN STOCKUNAS, SBN 316800
lstockunas@fisherphillips.com
**FISHER & PHILLIPS LLP**
2050 Main Street, Suite 1000
Irvine, California 92614
Telephone: (949) 851-2424
Facsimile: (949) 851-0152

*Attorneys for Defendant, INSPERITY PEO SERVICES, L.P.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| DAVID MCDONALD, on behalf of himself and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> CP OPCO, LLC, dba CLASSIC PARTY RENTALS; INSPERITY PEO SERVICES, L.P; APOLLO GLOBAL MANAGEMENT, LLC; APOLLO CENTRE STREET PARTNERSHIP, L.P.; APOLLO FRANKLIN PARTNERSHIP, L.P.; APOLLO CREDIT OPPORTUNITY FUND III AIV I LP; APOLLO SK STRATEGIC INVESTMENTS, L.P; APOLLO SPECIAL OPPORTUNITIES MANAGED ACCOUNT, L,P.; APOLLO ZEUS STRATEGIC INVESTMENTS, L.P.; and DOES 1-20, <br><br> Defendants. | Case No: 4:17-cv-04915-HSG <br><br> **ORDER GRANTING DEFENDANT INSPERITY PEO SERVICES, L.P.'S REQUEST FOR COUNSEL TO APPEAR TELEPHONICALLY AT THE HEARING ON DEFENDANT APOLLO'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT** <br><br> **Date:** April 5, 2018 <br> **Time:** 2:00 p.m. <br> **Judge:** Hon. Haywood S. Gilliam <br> **Courtroom: 2** <br><br> Complaint Filed: 8-24-2017 <br> 2ND Amd Ct: 11-27-17 <br> Trial Date: 6-24-2019 |

**ORDER**

Defendant's request for Christopher M. Ahearn and Lauren Stockunas to appear by telephone for the hearing on the Apollo Defendants' Motion to Dismiss the Second Amended Complaint scheduled for April 5, 2018 at 2:00 p.m. is hereby GRANTED. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

**IT IS SO ORDERD:**

DATED: March 30, 2018

*[signature]*
HONORABLE HAYWOOD S. GILLIAM, JR.
U.S. DISTRICT COURT JUDGE