JOHN T. MULLAN (SBN 221149)
E-mail jtm@rezlaw.com
MICHELLE G. LEE (SBN 266167)
E-mail mgl@rezlaw.com
MEGHAN F. LOISEL (SBN 291400)
E-mail mfl@rezlaw.com
**RUDY, EXELROD, ZIEFF & LOWE, L.L.P.**
351 California Street, Suite 700
San Francisco, CA 94104
T:      (415) 434-9800 / F:      (415) 434-0513

JAMES M. FINBERG (SBN 114850)
E-mail jfinberg@altshulerberzon.com
EILEEN B. GOLDSMITH (SBN 218029)
E-mail egoldsmith@altshulerberzon.com
MEREDITH A. JOHNSON (SBN 291018)
E-mail mjohnson@altshulerberzon.com
**ALTSHULER BERZON LLP**
177 Post Street, Suite 300
San Francisco, CA 94108
T:      (415) 421-7151 / F:      (415) 362-8064

*Attorneys for Plaintiff, DAVID MCDONALD,*
*        on behalf of himself and all others similarly situated*

*Attorneys for Defendants on following page.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| DAVID MCDONALD, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> CP OPCO, LLC, dba CLASSIC PARTY RENTALS; INSPERITY PEO SERVICES, L.P; APOLLO GLOBAL MANAGEMENT, LLC; APOLLO CENTRE STREET PARTNERSHIP, L.P.; APOLLO FRANKLIN PARTNERSHIP, L.P.; APOLLO CREDIT OPPORTUNITY FUND III AIV I LP; APOLLO SK STRATEGIC INVESTMENTS, L.P.; APOLLO SPECIAL OPPORTUNITIES MANAGED ACCOUNT, L.P.; APOLLO ZEUS STRATEGIC INVESTMENTS, L.P.; and DOES 1-20, <br><br> Defendants. | Case No: 4:17-cv-04915-HSG <br><br> **STIPULATION AND ORDER RE EXTENSION OF BRIEFING SCHEDULE RE: INSPERITY'S MOTION FOR JUDGMENT ON THE PLEADINGS** <br><br> Complaint Filed:      8-24-2017 <br> Trial Date:      None Set |

JOHN M. POLSON, SBN 157820
jpolson@fisherphillips.com
MARK J. JACOBS, SBN 208945
mjacobs@fisherphillips.com
CHRISTOPHER M. AHEARN, SBN 239089
cahearn@fisherphillips.com
LAUREN STOCKUNAS, SBN 316800
lstockunas@fisherphillips.com
**FISHER & PHILLIPS LLP**
2050 Main Street, Suite 1000
Irvine, California 92614
Telephone: (949) 851-2424
Facsimile: (949) 851-0152

*Attorneys for Defendant, INSPERITY PEO SERVICES, L.P.*

STIPULATION AND ORDER RE EXTENSION OF BRIEFING SCHEDULE

Plaintiff DAVID MCDONALD (hereinafter "Plaintiff") and Defendant INSPERITY

PEO SERVICES, L.P. (hereinafter "Insperity" and with Plaintiff, the "Parties") hereby stipulate

as follows, pursuant to Rule 6-2 of the Local Rules of this Court.


WHEREAS, on March 28, 2018, Insperity filed its Notice of Motion and Motion for

Judgment on the Pleadings;

WHEREAS, Plaintiff is scheduled to file his Opposition on April 11, 2018;

WHEREAS, Insperity is scheduled to file its Reply to Plaintiff's Opposition on April 18,

2018;

WHEREAS, the hearing date for Insperity's Motion is June 28, 2018

WHEREAS, due to prior scheduling commitments for counsel of Plaintiff in this and

other matters, Plaintiff needs more time to address issues raised in Insperity's Motion;

WHEREAS, the Parties agree to extend the time for Plaintiff to file its Opposition to

April 26, 2018;

WHEREAS, the Parties agree to extend the time for Insperity to file its Reply to May 10,

2018;

WHEREAS, such extensions will not affect the June 28, 2018 hearing date;

///

///

///

///

///

///

///

///

///

///

///

1    NOW THEREFORE, the Parties stipulate that the time for Plaintiff to file his Opposition

2  should be extended from April 11, 2018 to April 26, 2018, and the time for Insperity to file its

3  Reply to Plaintiff's Opposition should be extended from April 18, 2018 to May 10, 2018.

4    **IT IS SO STIPULATED**.

5  Dated: 4/05/2018                    Respectfully submitted,
                                       RUDY, EXELROD, ZIEFF & LOWE, L.L.P.
6
                                       By:   /s/ John Mullan
7                                              JOHN T. MULLAN
                                               MICHELLE G. LEE
8                                              MEGHAN F. LOISEL

9                                              ALTSHULER BERZON
                                               JAMES M. FINBERG
10                                             EILEEN B. GOLDSMITH
                                               MEREDITH A. JOHNSON
11
                                       Attorneys for Plaintiff
12                                     DAVID MCDONALD, on behalf of himself and all others
                                       similarly situated
13

14
   Dated: 4/05/2018                    Respectfully submitted,
15                                     FISHER & PHILLIPS LLP

16
                                       By:   /s/ Christopher M. Ahearn
17                                             CHRISTOPHER M. AHEARN
                                               JOHN M. POLSON
18                                             MARK J. JACOBS,

19                                     Attorneys for Defendant
                                       *INSPERITY PEO SERVICES, L.P*
20

21

22

23                        Attestation of Consent to File

24    Pursuant to Rule 5-1(i)(3) of the local rules of this Court, I, John T. Mullan, hereby attest

25  that I obtained concurrence in the filing of this document from each of the other signatories listed

26  above.

27                                     By:   /s/ John T. Mullan

28

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


DATED: April 5, 2018

Hon. Haywood S. Gilliam, Jr.
United States District Court Judge