1  JOHN T. MULLAN (SBN 221149)
   E-mail jtm@rezlaw.com
2  CHAYA M. MANDELBAUM (SBN 239084)
   E-mail cmm@rezlaw.com
3  MEGHAN F. LOISEL (SBN 291400)
   E-mail mfl@rezlaw.com
4  **RUDY, EXELROD, ZIEFF & LOWE, LLP**
   351 California Street, Suite 700
5  San Francisco, CA 94104
6  T:    (415) 434-9800 / F:    (415) 434-0513

7  JAMES M. FINBERG (SBN 114850)
   E-mail jfinberg@altshulerberzon.com
8  EILEEN B. GOLDSMITH (SBN 218029)
   E-mail egoldsmith@altshulerberzon.com
9  MEREDITH A. JOHNSON (SBN 291018)
   E-mail mjohnson@altshulerberzon.com
10 **ALTSHULER BERZON LLP**
11 177 Post Street, Suite 300
   San Francisco, CA 94108
12 T:    (415) 421-7151 / F:    (415) 362-8064

13
   *Attorneys for Plaintiff, DAVID MCDONALD,*
14 *on behalf of himself and all others similarly situated*

15 Attorneys for Defendants on following page.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| DAVID MCDONALD, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CP OPCO, LLC, dba CLASSIC PARTY RENTALS; INSPERITY PEO SERVICES, L.P; APOLLO GLOBAL MANAGEMENT, LLC; APOLLO CENTRE STREET PARTNERSHIP, L.P.; APOLLO FRANKLIN PARTNERSHIP, L.P.; APOLLO CREDIT OPPORTUNITY FUND III AIV I LP; APOLLO SK STRATEGIC INVESTMENTS, L.P.; APOLLO SPECIAL OPPORTUNITIES MANAGED ACCOUNT, L.P.; APOLLO ZEUS STRATEGIC INVESTMENTS, L.P.; and DOES 1-20,<br><br>Defendants. | Case No. CV 4:17-cv-04915-HSG<br><br>**JOINT STIPULATION AND ORDER REGARDING HEARING ON MOTIONS FOR PRELIMINARY APPROVAL AND TO PARTIALLY STRIKE CLASS CLAIMS**<br><br>Date:  September 20, 2018<br>Time:  2:00 p.m.<br>Place: Courtroom 2, 4th Floor<br>Judge: Hon. Haywood S. Gilliam<br><br>Complaint Filed: August 23, 2017<br>Trial Date: June 24, 2019 |

MARK JACOBS, SBN 208945
mjacobs@fisherphillips.com
CHRISTOPHER M. AHEARN, SBN 239089
cahearn@fisherphillips.com
**FISHER & PHILLIPS LLP**
2050 Main Street, Suite 1000
Irvine, California 92614
Telephone: (949) 851-2424
Facsimile: (949) 851-0152

*Attorneys for Defendant INSPERITY PEO SERVICES, L.P.*

MICHELLE C. DOOLIN (179445)
mdoolin@cooley.com
SUMMER J. WYNN (240005)
swynn@cooley.com
**COOLEY LLP**
4401 Eastgate Mall
San Diego, CA 21010
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

ANDREW J. EHRLICH
aehrlich@paulweiss.com
GREGORY F. LAUFER
glaufer@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York City, NY 10019-6064
Telephone: (212) 373-3000

*Attorneys for Defendant, APOLLO GLOBAL MANAGEMENT, LLC*

| | |
|---|---|
| 1 | Plaintiff David McDonald (hereinafter, "Plaintiff"), Defendant Insperity PEO Services, |
| 2 | L.P. ("Insperity"), Defendant Apollo Global Management, LLC, Defendant Apollo Centre Street |
| 3 | Partnership, L.P.; Defendant Apollo Franklin Partnership, L.P.; Defendant Apollo Credit |
| 4 | Opportunity Fund III AIV I LP; Defendant Apollo SK Strategic Investments, L.P.; Defendant |
| 5 | Apollo Special Opportunities Managed Account, L.P.; and Defendant Apollo Zeus Strategic |
| 6 | Investments, L.P. (hereinafter collectively, the "Apollo Defendants") (hereinafter collectively, the |
| 7 | "Parties") hereby stipulate as follows. |

Plaintiff David McDonald (hereinafter, "Plaintiff"), Defendant Insperity PEO Services, L.P. ("Insperity"), Defendant Apollo Global Management, LLC, Defendant Apollo Centre Street Partnership, L.P.; Defendant Apollo Franklin Partnership, L.P.; Defendant Apollo Credit Opportunity Fund III AIV I LP; Defendant Apollo SK Strategic Investments, L.P.; Defendant Apollo Special Opportunities Managed Account, L.P.; and Defendant Apollo Zeus Strategic Investments, L.P. (hereinafter collectively, the "Apollo Defendants") (hereinafter collectively, the "Parties") hereby stipulate as follows.

WHEREAS, on August 9, 2018, Plaintiff filed a "Motion for Preliminary Approval of Class Action Settlement" (ECF Nos. 105 to 105-7) (hereinafter, the "Preliminary Approval Motion");

WHEREAS, on August 10, 2018, Insperity filed a "Preemptive Motion to Deny Certification of Portion of Class Alleged" (ECF Nos. 108 to 108-5);

WHEREAS, pursuant to the Court's Order of August 10, 2018 (ECF No. 106), the Preliminary Approval Motion and the Preemptive Motion to Deny Certification of Portion of Class Alleged are set to be heard on September 20, 2018;

WHEREAS, the undersigned counsel for Insperity have conflicts with the September 20, 2018 date that they have not been able to resolve (previously scheduled deposition and mediation);

WHEREAS, both such motions are unopposed.

///
///
///
///
///
///
///
///
///

| | |
|---|---|
| 1 | NOW THEREFORE, the Parties stipulate that the hearings on such motions should be |
| 2 | continued to October 4, 2018 at 2:00 p.m., or such other date as may be convenient for the Court. |

Dated: September 6, 2018　　　　　　　　　　Respectfully submitted,

RUDY, EXELROD, ZIEFF & LOWE, L.L.P.
ALTSHULER BERZON LLP

By: */s/ John T. Mullan*
　　　JOHN T. MULLAN
　　　CHAYA M. MANDELBAUM
　　　MEGHAN F. LOISEL

　　　ALTSHULER BERZON
　　　JAMES M. FINBERG
　　　EILEEN B. GOLDSMITH
　　　MEREDITH A. JOHNSON
　　　Attorneys for Plaintiff
　　　DAVID MCDONALD, on behalf of
　　　himself and all others similarly situated

Dated: September 6, 2018　　　　　　　　　　Respectfully submitted,

PAUL, WEISS, RIFKIND, WHARTON &
　GARRISON LLP
COOLEY LLP


By: */s/ Andrew J. Ehrlich*
　　　ANDREW J. EHRLICH (appearing *pro hac vice*)
　　　GREGORY F. LAUFER (appearing *pro hac vice*)

　　　COOLEY LLP
　　　MICHELLE C. DOOLIN
　　　SUMMER J. WYNN

　　　Attorneys for Defendant
　　　APOLLO GLOBAL MANAGEMENT, LLC

Dated: September 10, 2018                Respectfully submitted,

FISHER & PHILLIPS LLP


By:   */s/ Christopher M. Ahearn*
MARK JACOBS
CHRISTOPHER M. AHEARN
Attorneys for Defendant
INSPERITY PEO SERVICES, L.P.

**ECF ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from each of the other signatories thereto.

Executed this 10th day of September, 2018, at Costa Mesa, California.

*/s/ Christopher M. Ahearn*
Christopher M. Ahearn

**ORDER**

GOOD CAUSE APPEARING, based on the foregoing stipulation, the hearings on Insperity's "Motion for Preliminary Approval of Class Action Settlement" and on Plaintiff's "Motion for Preliminary Approval of Class Action Settlement" are continued to October 4, 2018 at 2:00 p.m.

DATED: September 11, 2018

HON. HAYWOOD S. GILLIAM, JR.
U.S. DISTRICT JUDGE