United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MCDONALD, <br> Plaintiff, <br> v. <br> CP OPCO, LLC, et al., <br> Defendants. | Case No. 17-cv-04915-HSG <br> **ORDER SETTING SETTLEMENT SCHEDULE** <br> Re: Dkt. No. 120 |

On January 28, 2019, the Court granted Plaintiffs' unopposed motion for preliminary approval of a class action settlement and directed the parties to submit a proposed schedule. *See* Dkt. No. 119. Having considered the parties' proposed schedule, Dkt. No. 120, the Court finds that the deadline for class members to opt out or object should be prior to the deadline for the final approval motion, so that information about opt-outs and objections can be included in the motion. This schedule change eliminates the need for a reply brief. In addition, the Court finds that the proposed nine-day period for class members to opt out or object is insufficient. Based on the parties' proposal and these determinations, the Court **SETS** the following deadlines:

| Event | Date |
|---|---|
| Insperity will provide class member contact information to Settlement Administrator | February 12, 2019 |
| Deadline for Settlement Administrator to mail notice to all putative class members | February 26, 2019 |
| Filing deadline for attorneys' fees and costs motion | March 19, 2019 |
| Filing deadline for incentive payment motion | March 19, 2019 |
| Deadline for class members to opt out or object to settlement and/or application for attorneys' fees and costs and incentive payment | April 9, 2019 |
| Filing deadline for final approval motion | April 23, 2019 |
| Deadline for Defendants to file declarations verifying CAFA notice was provided | April 30, 2019 |

| Final fairness hearing and hearing on motions | May 9, 2019 2:00 p.m. |

In addition, in light of the preliminary approval of the class action settlement, Insperity PEO Services, L.P. is **ORDERED** to show cause why its motion for judgment on the pleadings, Dkt. No. 78, should not be terminated as moot, without prejudice to renewal if final approval is not granted. Insperity shall file a statement of no more than two pages by February 12, 2019.

This order terminates Dkt. No. 120.

**IT IS SO ORDERED.**

Dated: 2/7/2019

HAYWOOD S. GILLIAM, JR.
United States District Judge