1  JOHN M. POLSON, SBN 157820
   jpolson@fisherphillips.com
2  MARK J. JACOBS, SBN 208945
   mjacobs@fisherphillips.com
3  CHRISTOPHER M. AHEARN, SBN 239089
   cahearn@fisherphillips.com
4  LAUREN STOCKUNAS, SBN 316800
   lstockunas@fisherphillips.com
5  **FISHER & PHILLIPS LLP**
   2050 Main Street, Suite 1000
6  Irvine, California 92614
   Telephone: (949) 851-2424
7  Facsimile: (949) 851-0152

8  *Attorneys for Defendant, INSPERITY PEO SERVICES, L.P.*

10  UNITED STATES DISTRICT COURT

11  NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| DAVID MCDONALD, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CP OPCO, LLC, dba CLASSIC PARTY RENTALS; INSPERITY PEO SERVICES, L.P; APOLLO GLOBAL MANAGEMENT, LLC; APOLLO CENTRE STREET PARTNERSHIP, L.P.; APOLLO FRANKLIN PARTNERSHIP, L.P.; APOLLO CREDIT OPPORTUNITY FUND III AIV I LP; APOLLO SK STRATEGIC INVESTMENTS, L.P; APOLLO SPECIAL OPPORTUNIITIES MANAGED ACCOUNT, L,P.; APOLLO ZEUS STRATEGIC INVESTMENTS, L.P.; and DOES 1-20,<br><br>Defendants. | Case No: 4:17-cv-04915-HSG<br>Hon. Judge Haywood S. Gilliam, Jr.<br>Hon. Judge Jacqueline Scott Corley, Magistrate *[for Settlement, Pursuant to Docket No. 74]*<br><br>STATEMENT BY DEFENDANT INSPERITY PEO SERVICES, L.P. REGARDING MOTION FOR JUDGMENT ON THE PLIEDINGS<br><br>Complaint Filed:   8-24-2017<br>2ND Amd Ct:   11-27-17<br>Trial Date:   6-24-2019 |

1  Defendant Insperity PEO Services, L.P. (hereinafter, "Insperity") hereby
2  responds to the Court's February 7, 2019 "Order Setting Settlement Schedule"
3  (ECF No. 121), at 2:2-6. Insperity stipulates that its Motion for Judgment on the
4  Pleadings (ECF No. 078) should be deemed moot, without prejudice to renewal if
5  final approval is not granted.

Dated: February 25, 2019

FISHER & PHILLIPS LLP

By:  /s/ Christopher M. Ahearn
JOHN M. POLSON
MARK J. JACOBS
CHRISTOPHER M. AHEARN
LAUREN STOCKUNAS
Attorneys for Defendant
INSPERITY PEO SERVICES, L.P.