UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID MCDONALD,

                    Plaintiff,

        v.

CP OPCO, LLC, et al.,

                    Defendants.

Case No. 17-cv-04915-HSG

**ORDER DENYING AS MOOT PLAINTIFF'S ADMINISTRATIVE MOTION TO SEAL**

Re: Dkt. No. 88

Pending before the Court is Plaintiff David McDonald's administrative motion to file under seal portions of his opposition to Insperity PEO Services, L.P.'s motion for judgment on the pleadings. *See* Dkt. No. 88. Plaintiff originally asserted that the portions of the opposition he wished to seal "contain information received through third-party discovery and designated as confidential by non-party Bright Event Rentals, LLC." *See id.* at 1. However, Bright Event Rentals, LLC later informed Plaintiff that it did "not intend to file a declaration establishing that the designated material is sealable." *See* Dkt. No. 91 at 1. Consequently, Plaintiff filed an unredacted version of his opposition, *see* Dkt. No. 92, and requested that the Court deny as moot his administrative motion to file under seal, *see* Dkt. No. 91 at 1.

Based on Plaintiff's representations and his filing of an unredacted version of his opposition on the public docket, the Court **DENIES** as moot the administrative motion to file under seal. This order terminates Dkt. No. 88.

**IT IS SO ORDERED.**

Dated: 3/22/2019

HAYWOOD S. GILLIAM, JR.
United States District Judge