JOHN T. MULLAN (SBN: 221149)
Email: jtm@rezlaw.com
MICHELLE G. LEE (SBN: 266167)
Email: mgl@rezlaw.com
MEGHAN F. LOISEL (SBN: 291400)
Email: mfl@rezlaw.com
**RUDY, EXELROD, ZIEFF & LOWE, L.L.P.**
351 California Street, Suite 700
San Francisco, CA  94104
Telephone: (415) 434-9800
Facsimile:  (415) 434-0513

JAMES M. FINBERG (SBN 114850)
jfinberg@altber.com
EILEEN B. GOLDSMITH (SBN 218029)
egoldsmith@altber.com
MEREDITH A. JOHNSON (SBN 291018)
mjohnson@altber.com
**ALTSHULER BERZON L.L.P.**
177 Post Street, Suite 300
San Francisco, California 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

Attorneys for Plaintiff DAVID MCDONALD,
and the Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| DAVID MCDONALD, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CP OPCO, LLC, dba CLASSIC PARTY RENTALS; INSPERITY PEO SERVICES, L.P.; APOLLO GLOBAL MANAGEMENT, LLC; APOLLO CENTRE STREET PARTNERSHIP, L.P.; APOLLO FRANKLIN PARTNERSHIP, L.P.; APOLLO CREDIT OPPORTUNITY FUND III AIV I LP; APOLLO SK STRATEGIC INVESTMENTS, L.P.; APOLLO SPECIAL OPPORTUNITIES MANAGED ACCOUNT, L.P.; APOLLO ZEUS STRATEGIC INVESTMENTS, L.P.; and DOES 1-20<br><br>Defendants | Case No. CV 4:17-cv-04915-HSG<br><br>**DECLARATION OF JOHN T. MULLAN IN SUPPORT OF PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND ENTRY OF JUDGMENT**<br><br>Date:   May 9, 2019<br>Time:   2:00 p.m.<br>Ctrm.:  2, 4th Floor<br>Judge:  Hon. Haywood S. Gilliam, Jr.<br><br>Trial Date:  June 24, 2019<br>Complaint Filed: August 23, 2017 |

I, John T. Mullan, declare as follows:

1.      I am a member in good standing of the bar of the State of California and a partner with the law firm Rudy Exelrod Zieff & Lowe, LLP.  My firm and I represent the Plaintiffs in this action.  I make these statements based on personal knowledge and would so testify if called as a witness at trial.

2.      This Declaration is submitted in support of Plaintiff's Motion for Final Approval of Class Action Settlement and Entry of Judgment.

3.      Only one putative Class Member has opted out of the proposed settlement, and, to my knowledge, no Class Member has submitted an objection to the Court objecting to the proposed settlement or any of its terms.

4.      Insperity's counsel confirmed that it send Notice of the settlement to the appropriate officials pursuant to the Class Action fairness Act, 28 U.S.C. § 1715 on October 23, 2018.  The Apollo Defendants represented that they sent such notice on October 26, 2018.

5.      I estimate that approximately $2,060,106 will be available for class member settlement payments, after deducting Class Counsel's attorneys' fees (up to $900,000), litigation expenses (up to $9,894), an incentive award for Plaintiff David McDonald (up to $15,000), and the costs of settlement administration (up to $15,000) from the total $3 million settlement.  On average, each of the 1,039 class members would receive approximately $1,983 of the estimated $2,060,106 that will be distributed to class members.

6.      In my judgment as Class Counsel, the amount of the settlement is fair, reasonable, and adequate.  Considering the risks of continued litigation, this settlement is within the range of reasonableness and is fair to the Class.

I declare under penalty of perjury under the laws of the State of California and of the United States that the foregoing is true and correct.  Executed this 22nd day of April, 2019, at San Francisco, California.

*John T. Mullan*

JOHN T. MULLAN

1

DECLARATION OF JOHN T. MULLAN IN SUPPORT OF PLAINTIFF'S MOTION
FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT
CASE NO. 4:17-CV-04915-HSG