1  JOHN T. MULLAN (SBN: 221149)
   Email: jtm@rezlaw.com
2  MICHELLE G. LEE (SBN: 266167)
   Email: mgl@rezlaw.com
3  MEGHAN F. LOISEL (SBN: 291400)
   Email: mfl@rezlaw.com
4  **RUDY, EXELROD, ZIEFF & LOWE, L.L.P.**
   351 California Street, Suite 700
5  San Francisco, CA  94104
   Telephone: (415) 434-9800
6  Facsimile:  (415) 434-0513

7
   JAMES M. FINBERG (SBN 114850)
8  jfinberg@altber.com
   EILEEN B. GOLDSMITH (SBN 218029)
9  egoldsmith@altber.com
   MEREDITH A. JOHNSON (SBN 291018)
10 mjohnson@altber.com
   **ALTSHULER BERZON L.L.P.**
11 177 Post Street, Suite 300
   San Francisco, California 94108
12 Telephone: (415) 421-7151
   Facsimile: (415) 362-8064
13
   Attorneys for Plaintiff DAVID MCDONALD,
14 and the Class

15                    UNITED STATES DISTRICT COURT

16        NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

17 DAVID MCDONALD, on behalf of himself and        Case No. CV 4:17-cv-04915-HSG
   all others similarly situated,
18                                                  **JUDGMENT**
                Plaintiff,
19
         vs.
20
   CP OPCO, LLC, dba CLASSIC PARTY
21 RENTALS; INSPERITY PEO SERVICES, L.P.;
   APOLLO GLOBAL MANAGEMENT, LLC;
22 APOLLO CENTRE STREET PARTNERSHIP,
   L.P.; APOLLO FRANKLIN PARTNERSHIP,
23 L.P.; APOLLO CREDIT OPPORTUNITY FUND       Date:  May 9, 2019
   III AIV I LP; APOLLO SK STRATEGIC
24 INVESTMENTS, L.P.; APOLLO SPECIAL          Time:  2:00 p.m.
   OPPORTUNITIES MANAGED ACCOUNT,             Ctrm.: 2, 4th Floor
25 L.P.; APOLLO ZEUS STRATEGIC               Judge: Hon. Haywood S. Gilliam, Jr.
   INVESTMENTS, L.P.; and DOES 1-20
26                                            Trial Date:  June 24, 2019
27          Defendants                      / Complaint Filed: August 23, 2017

28

_____
                             JUDGMENT
                                            CASE NO. 4:17-CV-04915-HSG

The Court having granted Final Approval of the Parties Settlement in this case, the case is hereby DISMISSED WITH PREJUDICE, with each Party to bear his/its own costs, except as set forth in the Settlement approved by the Court, with this Court retaining exclusive jurisdiction to enforce the Settlement Agreement, including over disbursement of the Settlement Funds. This is a Final Judgment. The Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

DATED: May 13, 2019

Honorable Haywood S. Gilliam, Jr.
United States District Court Judge